# Exhibit 1

**UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C.**

**Before the Honorable David P. Shaw
Administrative Law Judge**

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN MAGNETIC DATA STORAGE TAPES AND CARTRIDGES CONTAINING THE SAME** | **Investigation No. 337-TA-1012** |

**COMPLAINANTS' APPLICATION FOR A RECOMMENDATION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE AN ORDER/COMMISSION REQUIRING DEPOSITIONS OF EMPLOYEES OF <u>RESPONDENT SONY CORPORATION IN OSAKA JAPAN</u>**

Pursuant to 19 C.F.R. § 210.26 and 210.28, Complainants FUJIFILM Corporation and FUJIFILM Recording Media U.S.A. (collectively, "FUJIFILM"), respectfully apply to the Administrative Law Judge ("ALJ") for a Recommendation that the United States District Court for the District of Columbia issue an order requiring the depositions of certain employees of Respondent Sony Corporation, located at 1-7-1 Konan, Minato-ku, Tokyo 108-0075, Japan, Sony Corporation of America, located at 550 Madison Avenue, New York, New York 10022, and Sony Electronics Inc., located at 16535 Via Esprillo Bldg. 1, San Diego, California 92127 (collectively, "Sony"). *See* Ex. A.

FUJIFILM noticed Sony for deposition in this Investigation on August 17, 2016. *See* Ex. B. The District Court order FUJIFILM seeks is directed to deposition testimony from the following Sony employees at the United States Consulate in Osaka, Japan:

- Atsushi Kato
- Atsushi Yamaguchi
- Kojiro Taniguchi
- Tsutomi Murai
- Makoto Sasaki

1

- Ikushi Nakashima
- Eiji Nakashio
- Futoshi Sasaki
- Mitsunobu Saito
- Hiroshi Kamitani
- Fumihiko Moriya

FUJIFILM recently submitted a similar application for depositions to be taken at the United States Embassy in Tokyo, Japan.  However, due to the large number of depositions to be taken in Japan in this case, and the short time period in which they must be taken, FUJIFILM has also reserved a room at the United States Consulate in Osaka, Japan for these deposition beginning on or about October 17, 2016, and continuing until on or about October 28, 2016.  *See* Ex. C.

Pursuant to Consulate rules, the deposition testimony sought by FUJIFILM is unavailable absent an order from a United States District Court that the depositions take place at the United States Consulate in Osaka, Japan, or an order compelling deposition testimony at a location outside of Japan, such as the United States.  In the past, the International Trade Commission has issued, and United States District Courts have acted in accordance with, recommendations similar to the proposed Recommendation attached to this application.  *See, e.g.*, Certain Consumer Electronics with Display and Processing Capabilities, Inv. No. 337-TA-884, Order No. 17 (August 5, 2013); Certain Consumer Electronics and Display Devices and Products Containing Same, Inv. No. 337-TA- 836, Order No. 10 (August 10, 2012).

FUJIFILM proposed to Sony that all depositions of the parties' Japanese witness be taken by agreement in the United States, but Sony declined.  FUJIFILM certifies that it contacted Sony and the Staff regarding the subject matter of this application, during which communications Sony and the Staff indicated that they did not oppose this motion and waived the two-business day notice period in the Ground Rules.

FUJIFILM therefore respectfully requests that the ALJ issue a Recommendation to the United States District Court for the District of Columbia to issue an order requiring the deposition of the above-named Sony employees.

FUJIFILM further requests that such a Recommendation be issued on an expedited basis given the relevance and importance of the information at issue and the limited time to obtain the necessary order from the United States District Court for the District of Columbia.

A proposed Recommendation is attached for consideration. *See* Ex. D.


Dated: August 31, 2016

/s/ *Robert C. Scheinfeld*

Robert Scheinfeld
Robert L. Maier
Michael E. Knierim
Jennifer C. Tempesta
Stephanie Diehl
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Phone: (212) 408 2500
Fax: (212) 408 2501

David M. Schlitz
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
Phone: (202) 639-7700
Fax: (202) 639-7890

Syed K. Fareed
BAKER BOTTS L.L.P.
98 San Jacinto Blvd,
Austin, TX 78701
Phone: (512) 322-2500
Fax: (512) 322-2501

T. Spence Chubb
Law Office of T. Spence Chubb
1025 Connecticut Avenue, N.W.

Suite 1000
Washington, DC 20036
tschubb@tspencechubb.com
Telephone: (703) 623-7739
Fax: (703) 563-6055

*Attorneys for Complainants*
*FUJIFILM Corporation and*
*FUJIFILM Recording Media U.S.A.,*
*Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing COMPLAINANTS' APPLICATION FOR A RECOMMENDATION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE AN ORDER/COMMISSION REQUIRING DEPOSITIONS OF EMPLOYEES OF RESPONDENT SONY CORPORATION IN OSAKA JAPAN was served on this 31st day of August, 2016, on the following:

| | |
|---|---|
| The Honorable Lisa R. Barton<br>Secretary to the Commission<br>U.S. International Trade Commission<br>500 E Street, SW, Room 112<br>Washington, DC 20436 | ☐ Via First Class Mail<br>☒ Via Hand Delivery (2 copies)<br>(by noon the next business day)<br>☐ Via Overnight Courier<br>☒ Via EDIS |
| The Honorable David P. Shaw<br>Administrative Law Judge<br>U.S. International Trade Commission<br>500 E Street, SW, Room 317<br>Washington, DC 20436 | ☐ Via First Class Mail<br>☒ Via Hand Delivery (1 copy)<br>(by noon the next business day)<br>☐ Via Overnight Courier<br>☐ Via Electronic Mail |
| Patricia Chow<br>Attorney Advisor<br>U.S. International Trade Commission<br>500 E Street, SW, Room 317<br>Washington, DC 20436<br>Via Email: *Patricia.Chow@usitc.gov* | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☒ Via Electronic Mail |
| Whitney Winston<br>Investigative Attorney<br>Office of Unfair Import Investigations<br>U.S. International Trade Commission<br>500 E Street, S.W., Suite 401<br>Washington, D.C. 20436<br>Via Email: *Whitney.Winston@usitc.gov* | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☒ Via Electronic Mail |
| ***Counsel for Respondents Sony Corporation, Sony Corporation of America, and Sony Electronics Inc.*** | |
| Gregory F. Corbett<br>Michael N. Rader<br>Charles T. Steenburg<br>Hunter D. Keeton<br>Chelsea A. Loughran<br>Jason W. Balich<br>Elizabeth A. DiMarco | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☒ Via Electronic Mail |

| | |
|---|---|
| WOLF GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210-2206<br>Via email: *WSG-FujivSonyITC-Dist@WolfGreenfield.com* | |
| James B. Altman<br>Barbara A. Murphy<br>David F. Nickel<br>Susan Koegel<br>Kandis C. Gibson<br>FOSTER, MURPHY, ALTMAN & NICKEL, P.C.<br>1899 L Street NW, Suite 1150<br>Washington, DC 20036<br>Via Email: *FM-Sony-1012@fostermurphy.com* | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☒ Via Electronic Mail |

/s/ *Robert C. Scheinfeld*
Robert C. Scheinfeld

# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN MAGNETIC DATA STORAGE TAPES AND CARTRIDGES CONTAINING THE SAME** | Misc. Action No. 16-mc-_____<br><br>**ORDER TO TAKE DEPOSITIONS IN OSAKA JAPAN** |

<u>**DEPOSITION ORDER**</u>

<u>TO</u>:   Any Consul or Vice Consul of the United States of America
Chief, American Citizen Services Unit
American Consulate General Osaka-Kobe
United States Consulate
11-5 Nishitenma 2-chome, Kita-ku
Osaka 530-8543, Japan

Upon application by Complainants FUJIFILM Corporation and FUJIFILM Recording

Media U.S.A. (collectively, "FUJIFILM"), and pursuant to Article 17 of the United States-Japan

Consular Convention, it is hereby

**ORDERED** that the depositions on notice of the following individuals be taken at the

United States Consulate in Osaka, Japan, commencing on or about October 17, 2016, and

continuing until on or about October 28, 2016, and that the marking of any documentary exhibits

in connection therewith be permitted:

- Atsushi Kato
- Atsushi Yamaguchi
- Kojiro Taniguchi
- Tsutomi Murai
- Makoto Sasaki
- Ikushi Nakashima
- Eiji Nakashio
- Futoshi Sasaki
- Mitsunobu Saito
- Hiroshi Kamitani
- Fumihiko Moriya

Listed below are the names of counsel who may participate in these depositions, together with other persons who may attend or assist with these depositions.

### For Complainant FUJIFILM

Robert C. Scheinfeld (counsel)
Robert L. Maier (counsel)
Jennifer C. Tempesta (counsel)
Michael E. Knierim (counsel)
Stephanie Diehl (counsel)
David M. Schlitz (counsel)
Syed K. Fareed (counsel)
T. Spence Chubb (counsel)
Joshua D. Sibble (counsel)
Eric J. Faragi (counsel)
Joseph Akalski (counsel)
Jessica Weili Lin (counsel)
Jeffrey Liang (counsel)
Eliot D. Williams (counsel)
The proceedings will be reported, videotaped and/or interpreted.

### For Respondent Sony

Gregory F. Corbett (counsel)
Charles T. Steenburg (counsel)
Hunter D. Keeton (counsel)
Chelsea A. Loughran (counsel)
Jason W. Balich (counsel)
Elizabeth A. DiMarco (counsel)
James B. Altman (counsel)
Barbara A. Murphy (counsel)
David F. Nickel (counsel)
Susan Koegel (counsel)
Kandis C. Gibson (counsel)

### For U.S. International Trade Commission OUII Staff

Whitney Winston (staff attorney)

Please cause the testimony of said witnesses to be recorded by video and reduced to writing; the deposition to be signed by said witnesses; said deposition testimony to be annexed to your Commission and closed under your seal; and make return of these materials to this Court with all convenient speed.

**WITNESS**, The Honorable_____, United States District Judge of the United States District Court for the District of Columbia, this _____ day of _____, 2016.

_____
United States District Judge

I hereby certify that the signature above is that of the Honorable_____, United States District Judge of the United States District Court for the District of Massachusetts.

_____ Clerk of the Court

_____ Date

Deputy Clerk:_____

Seal:

3

# Exhibit C

| | |
|---|---|
| **From:** | Osaka-Kobe, AmConGen <AOK@state.gov> |
| **Sent:** | Tuesday, August 30, 2016 8:10 PM |
| **To:** | Sibble, Joshua D. |
| **Subject:** | RE: Osaka Large Deposition Room Reservation Request |

Dear Mr. Sibble,

Thank you for your request for reserving our deposition room. As requested, we have tentatively reserved both the large room and the small room as follows:

1. Large and Small:     October 17 – October 21, 2016 (5 days)

2. Large and Small:     October 24 – October 28, 2016 (5 days)

Please note that your reservation will not be final until we receive the $1,283 non-refundable reservation fee within three weeks. This fee is required per reservation/period, per room; in your case $2,566 for two rooms per reservation, $5,132 in total. Please send a bank's official or certified check as payment, payable to U.S. Consulate General Osaka-Kobe, to: Chief, American Citizen Services Unit, U.S. Consulate General Osaka-Kobe, 11-5 Nishitenma 2-chome, Kita-ku, Osaka 530-8543 Japan.

Please also confirm if the case name and point of contact is the same for both reservations.

For more details about deposition procedures, please visit our website at http://japan.usembassy.gov/e/acs/tacs-7116.html

*Reservation Policies:*
*• The $1,283 non-refundable reservation fee must be paid within three calendar weeks of initial reservation; earlier if the depositions are scheduled to start within 6 weeks. Failure to pay the reservation fee results in losing the booked dates without notice.*
*• The deposit for statutory deposition fee ($309.00 x number of days) and a certified copy of the court order/commission must arrive at the Consulate six weeks prior to the start date. Your reservation may be cancelled without further notice if the deposit and a certified copy of the court order/commission are not received.*
*• A list of all participants including other parties involved and a list of all electronic equipment to be used in the deposition room must be submitted at least one week prior to the start date for security pre-screening purposes. Addition of participants or equipment to the submitted list after that date to start date of deposition will not be accepted. Failure to submit the complete lists, both participants and the equipment, will result in losing access to the deposition room. For more details about the lists, please visit  http://japan.usembassy.gov/e/acs/tacs-7116.html.*

Please contact us if you have any questions.


American Citizen Services/mk
**U.S. Consulate General Osaka-Kobe**
11-5 Nishitenma 2-chome | Kita-ku, Osaka 530-8543 | Japan
Ph: +81 6 6315 5912 |  F: +81 6 6315 5914
http://japan.usembassy.gov | http://travel.state.gov
*List of Embassy Holidays*
*Taking Depositions in Japan*




SBU
This email is UNCLASSIFIED.

**From:** joshua.sibble@bakerbotts.com [mailto:joshua.sibble@bakerbotts.com]
**Sent:** Wednesday, August 31, 2016 2:54 AM
**To:** Osaka-Kobe, AmConGen
**Subject:** RE: Osaka Large Deposition Room Reservation Request

Dear Sirs:

Regarding our reservation for the Osaka deposition rooms, we would like to reserve <u>both</u> the large room and the small room as follows:

Reservation 1: Large Room AND Small Room, October 17-21;
Reservation 2: Large Room AND Small Room, October 24-28.

Please note, we would like these two weeks to be separate reservations (both rooms for each week), and we will send separate reservation fees for each reservation.

Please confirm availability and both reservations.

Best regards,

**Joshua Sibble**

Baker Botts L.L.P.
joshua.sibble@bakerbotts.com
T +1.212.408.2581
F +1.212.259.2581

30 Rockefeller Plaza
New York, New York 10112



---

**From:** Sibble, Joshua D.
**Sent:** Monday, August 29, 2016 9:15 PM
**To:** Osaka-Kobe, AmConGen
**Subject:** Re: Osaka Large Deposition Room Reservation Request

Thank you for your email. Please move the reservation up one week, i.e., October 11 - 28. Does that work?

On Aug 29, 2016, at 8:59 PM, Osaka-Kobe, AmConGen <AOK@state.gov> wrote:

> Dear Mr. Sibble,
>
> Thank you for your request below. Unfortunately, both of our rooms are currently being reserved during the last week of your proposed reservation; from October 31 through November 4. We can tentatively reserve the large room for your use for 3 weeks  between October 17 and 28, 2016.

Please let us know if you would like to move the dates earlier/later to secure a 3-week slot, or you would like to proceed with the 2-week reservation between October 17 and October 28, 2016. We recently had cancellation and the large room is now available between September 26 and October 28, 2016, and on and after November 7.

Thank you.

American Citizen Services/mk
**U.S. Consulate General Osaka-Kobe**
11-5 Nishitenma 2-chome | Kita-ku, Osaka 530-8543 | Japan
Ph: +81 6 6315 5912 |  F: +81 6 6315 5914
http://redirect.state.sbu/?url=http://japan.usembassy.gov | http://redirect.state.sbu/?url=http://travel.state.gov
*List of Embassy Holidays*
*Taking Depositions in Japan*

SBU
This email is UNCLASSIFIED.

**From:** joshua.sibble@bakerbotts.com
[http://redirect.state.sbu/?url=mailto:joshua.sibble@bakerbotts.com]
**Sent:** Tuesday, August 30, 2016 3:16 AM
**To:** Osaka-Kobe, AmConGen
**Subject:** Osaka Large Deposition Room Reservation Request

Dear Sirs:

We represent FUJIFILM Corporation and FUJIFILM Recording Media, U.S.A., Inc. in a proceeding before the ITC and would like to make a reservation for deposition rooms for 3 calendar weeks:

Requesting party: Robert L. Maier, Baker Botts L.L.P., counsel for FUJIFILM Corporation and FUJIFILM Recording Media, U.S.A., Inc.
Contact information: robert.maier@bakerbotts.com; 212-408-2538.
Preferred dates: October 17 – November 4, 2016.
Preferred deposition room: Osaka Large Deposition Room.
Case name:  In the Matter of Certain Magnetic Data Storage Tapes and Cartridges Containing the Same, Investigation No. 337-TA-1012 (ITC).

Thank you and best regards,

**Joshua Sibble**

Baker Botts L.L.P.
joshua.sibble@bakerbotts.com
T +1.212.408.2581
F +1.212.259.2581

30 Rockefeller Plaza
New York, New York 10112

<image001.jpg>

<image002.png><image003.png><image004.png><image005.png><image006.png>

**Confidentiality Notice:** The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

# Exhibit D

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C.

Before the Honorable David P. Shaw
Administrative Law Judge

In the Matter of

CERTAIN MAGNETIC DATA STORAGE
TAPES AND CARTRIDGES CONTAINING
THE SAME

Investigation No. 337-TA-1012

RECOMMENDATION TO THE UNITED STATES DISTRICT COURT FOR THE
THE DISTRICT OF COLUMBIA TO ISSUE AN ORDER/COMMISSION
REQUIRING DEPOSITIONS OF EMPLOYEES OF RESPONDENT SONY
CORPORATION IN OSAKA JAPAN

On August 31, 2016, Complainants FUJIFILM Corporation and FUJIFILM Recording

Media U.S.A. (collectively, "FUJIFILM"), filed with the United States International Trade

Commission an application for a recommendation to the District Court for the District of

Columbia to issue an Order/Commission requiring depositions of employees of Respondent

Sony Corporation, located at 1-7-1 Konan, Minato-ku, Tokyo 108-0075, Japan, Sony

Corporation of America, located at 550 Madison Avenue, New York, New York 10022, and

Sony Electronics Inc., located at 16535 Via Esprillo Bldg. 1, San Diego, California 92127

(collectively, "Sony") in Osaka, Japan.[1]  Complainant requests assistance in obtaining deposition

testimony from the following Sony corporate designees:

- Atsushi Kato
- Atsushi Yamaguchi
- Kojiro Taniguchi
- Tsutomi Murai
- Makoto Sasaki

---

[1] This recommendation is separate from, and made in addition to, the recommendation regarding
Complainants' request for an Order/Commission to take depositions at the United States
Embassy in Tokyo, Japan.

- Ikushi Nakashima
- Eiji Nakashio
- Futoshi Sasaki
- Mitsunobu Saito
- Hiroshi Kamitani
- Fumihiko Moriya

relating to an investigation into certain magnetic data storage tapes and cartridges containing the same, Inv. No. 337-TA-1012, such depositions to commence on or about October 17, 2016, and continuing until on or about October 28, 2016, at the United States Consulate in Osaka, Japan. The other parties to the Investigation do not oppose Complainant's application.

On August 24, 2016, the procedural schedule issued in this Investigation, directing that fact discovery be completed by November 4, 2016, with an evidentiary hearing scheduled for February 7-10, 2017 (Order No. 7).

It is requested that the District Court grant FUJIFILM's motion for an Order/Commission to obtain the Sony employees' deposition in connection with discovery for the above-identified Investigation at the U.S. International Trade Commission.

It is also recommended to the District Court that an Order/Commission of the scope requested by FUJIFILM be granted.

_____
David P. Shaw
Administrative Law Judge
U.S. International Trade Commission
500 E Street, S.W.
Washington, D.C. 20436

Dated: _____, 2016